IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PACE PROPERTIES, LLC,
    Plaintiff,

v.                                       Case No. 3:08cv345/MCR/EMT

EXCELSIOR CONSTRUCTION, INC.,
    Defendant.
_____/

## O R D E R

        This cause is before the court upon Defendant's Motion to Compel Documents in Possession of Third Party, Merrill Parker & Shaw, Inc. (Doc. 121). Before the court rules on this matter, Plaintiff shall have an opportunity to respond.

        Accordingly, it is **ORDERED**:

        Plaintiff shall respond to Defendant's motion on or before **FRIDAY, MAY 29, 2009**.

        **DONE AND ORDERED** this 15th day of May 2009.

        /s/ *Elizabeth M. Timothy*
        **ELIZABETH M. TIMOTHY**
        **UNITED STATES MAGISTRATE JUDGE**