IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PACE PROPERTIES, LLC,

    Plaintiff/Counter-Claim Defendant,

vs.                                       Case No. 3:08cv345/MCR/EMT

EXCELSIOR CONSTRUCTION, INC.,

    Defendant/Counter-Claimant.
_____/

## ORDER OF DISMISSAL

This cause is before the court upon the parties' Joint Stipulation and Motion for Dismissal with Prejudice. (Doc. 262). Upon consideration of the foregoing, the above-entitled action is **DISMISSED** WITH PREJUDICE, each party to bear their respective fees and costs. The Clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 11th day of February, 2010.


                                              *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**